UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS CLINTON COLEMAN,

Plaintiff,

v.

CORRECTIONS OFFICER RYKOVSKY, *et al.*,

Defendants.

Case No. C26-2119-JHC

ORDER DISMISSING ACTION

The Court, having reviewed de novo the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. 7), and the remaining record, hereby ORDERS:

(1) Plaintiff did not file an objection to the Report and Recommendation. The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice, pursuant to W.D. Wash. LCR 41(b)(2), for failure to prosecute.

//

//

//

(3) The Clerk is directed to send copies of this Order to Plaintiff at his last known address and to Judge Peterson.

DATED this 23rd day of November, 2026.

JOHN H. CHUN
United States District Judge